1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY GOMEZ,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>EL REY SUPERMERCADO, et al.,<br><br>　　　　　Defendant. | Case No. 1:23-cv-00203-JLT-SAB<br><br>ORDER VACATING ALL DATES AND DEADLINES PURSUANT TO NOTICE OF SETTLEMENT AND ORDERING DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 6)<br><br>**DEADLINE: MAY 9, 2023** |

　　　　A scheduling conference is set for April 25, 2023.  (ECF No. 3.)  On April 18, 2023, the parties filed a stipulated request to continue the scheduling conference.  (ECF No. 6.)  The filing indicates that the parties have "reached a resolution and are finalizing settlement terms."  (Id. at 2.)  While the parties request a continuance of the scheduling conference, in light of the proffered resolution of this matter, the Court shall vacate all pending dates and matters, and order the parties to file dispositional documents within twenty-one (21) days.  See L.R. 160(b) ("Upon such notification of . . . resolution of an action . . . the Court shall fix a date upon which the documents disposing of the action or motion must be filed, which date shall not be more than twenty-one (21) days from the date of said notification, absent good cause.").  If the parties do not finalize a settlement agreement, the parties may request a scheduling conference be reset in this matter.

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1.     All pending dates and matters are VACATED; and

2.     The parties shall file dispositional documents **on or before May 9, 2023**.

IT IS SO ORDERED.

Dated:   **April 19, 2023**

UNITED STATES MAGISTRATE JUDGE

2